# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MICHELLE STRICKLAND,**

       **Plaintiff,**

v.                                                     Case No: 6:23-cv-593-PGB-RMN

**J-3 LAND PARTNERS, LTD. and
LONGS FAMILY ENTERPRISE,
INC.,**

       **Defendants.**

_____/

## **ORDER**

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice filed June 1, 2023. (Docs. 20, 23). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants J-3 Land Partners, Ltd. and Longs Family Enterprise, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on June 5, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties